## In re D. H. HUNNICUTT.

No. A-5346. Opinion Filed Nov. 28, 1925.
(240 Pac. 1117.)

PER CURIAM. This was an application by D. H. Hunnicutt to this court for a writ of habeas corpus, directed to W. A. Ricker, sheriff of Noble county. The writ was granted as prayed, and made returnable before the district court of Noble county. Claude Duval, Judge. Said district court in due time reported that a hearing was had upon the application, the writ denied, and the petitioner remanded to the custody of said sheriff, which report was by this court approved.